# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-01044-CV

**In re Troy Nguyen**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus complaining of the trial court's failure to rule on his Amended Rule 306a(4) Motion. Having reviewed the petition and record provided, which fail to show relator has set his motion for hearing, *see* Tex. R. Civ. P. 306a(5), we deny the petition for writ of mandamus, *see* Tex. R. App. P. 52.8(a).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Filed: January 15, 2026